UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **John H. Squires** Hearing Date 11/07/2007

Bankruptcy Case No. **07 B 11539** Adversary No.

Title of Case **Tedora M. Ratcliff**

Brief Statement of Motion **Plan Confirmation**

Name and Address of Moving Counsel
Marilyn O. Marshall, Standing Trustee
224 S. Michigan Ave. Ste. 800
Chicago, IL 60604

Representing Standing Trustee

## ORDER

**Confirmation Denied.**

John H. Squires