**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>TEDORA M. RATCLIFF<br><br>Debtor(s). | Case No.: 07 B 11539<br>Chapter: 13<br><br>Judge John H. Squires |

**NOTICE OF DEFAULT AND MODIFICATION FOR DEBTOR'S FAILURE TO COMPLY WITH ORDER ENTERED 9/20/07**

**PLEASE TAKE NOTICE** that the debtor has failed to comply with the provisions set forth in this Honorable Court's Order Clause #11, entered 9/20/07, (hereto attached). In accordance with said Order, attorneys, Codilis & Associates, P.C., mailed notification to all required parties of non-compliance on 11/15/2007.

**THE AUTOMATIC STAY** has been terminated as to HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FBR SECURITIZATION TRUST 2005-3, its principals, agents, successors and/or assigns as to the property commonly known as 800 S. 12th Avenue, Maywood, IL, effective 11/15/2007.

**NOTICE TO THE STANDING TRUSTEE:**

The claim of HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FBR SECURITIZATION TRUST 2005-3, is hereby withdrawn. No further payments are to be disbursed to said creditor on its Proof of Claim.

**PROOF OF SERVICE AND CERTIFICATION**

I hereby certify that I served a copy of Notice to the below by causing same to be mailed on 11/15/2007 by 5:00 p.m. by depositing same in the U.S. Mail at 7140 Monroe Street, Willowbrook, IL 60527, postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste. 800, Chicago, IL 60604
Tedora M. Ratcliff, , Debtor(s), 800 S. 12 Ave, Maywood, IL 60153
Marcie Venturini, Attorney for Debtor(s), 407 S. Dearborn Street Suite 400, Chicago, IL 60605

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (FILE #14-06-F266)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

CODILIS & ASSOCIATES, P.C.
ILLINOIS

ERNEST J. CODILIS, JR***
WILLIAM A. McALISTER*
GREGORY J. MOODY*

BERTON J. MALEY*
RICHARD S. SPENCER*
CHRISTINA BABAKITIS*
MARTIN POTTER*
THOMAS J. BELCZAK*
RHONDA PEEK*
GLORIA C. TSOTSOS*
JOSE MORENO*
DANIEL C. WALTERS*
RACHAEL A. STOKAS*

SHARON DEVOY*
JAMES R. RIEGEL*
PETER C. BASTIANEN**
MARICLARE O'CONNOR*
BROOKS E. BREHME*
JEFFREY B. DOVITZ*
ELAINE ADAMS*****
JOEL P. FONFERKO*
JOHN F. McCABE*
JASON W. GORDON*
STEPHEN C. NEEDHAM*
LOUIS J. MANETTI JR.*
JOSEPH CIRCELLI, Of Counsel****
CRAIG C. SMITH, Of Counsel******

LAW OFFICES

15W030 NORTH FRONTAGE RD.
SUITE 100
BURR RIDGE, ILLINOIS 60527
(630) 794-5300 FAX: (630) 794-9090

*LICENSED IN IL
**LICENSED IN IL, WI, & MA
***LICENSED IN CO, FL, IL, & TX
****LICENSED IN IL, FL, & MO
*****LICENSED IN IL & MO
******LICENSED IN IL & IN

11/15/2007

Marcie Venturini
Attorney for Debtor(s)
407 S. Dearborn Street Suite 400
Chicago, IL 60605

Tedora M. Ratcliff
800 S. 12 Ave
Maywood, IL 60153

RE: Case No.: 07 B 11539
Client Loan No.: 106-1261003645
Our File No.: 14-06-F266

Dear Counselor:

This office represents HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FBR SECURITIZATION TRUST 2005-3, a Mortgage holder on the above-captioned Chapter 13 Bankruptcy.

Our client's records show that your client has not complied with the terms in paragraph # 11 of the Repay Order Providing for Stay Relief upon Default, entered 9/20/07. According to the terms of the Repay Order, if confirmation is denied, the stay shall automatically be terminated as to our client, HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FBR SECURITIZATION TRUST 2005-3, upon written notice.

Plan Confirmation was denied on 11/07/07. This letter shall serve as written notice that we are filing the attached Notice of Default and Modification with the Courts, effective 11/15/2007.

Very truly yours,
Codilis & Associates, P.C.
Attorney for Creditor

Attachment
cc: America's Servicing Company, Dana Eubanks
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.