United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division

IN RE: Ratcliff, Tedora M ) Case No. 07 B 11539
) Judge John H. Squires

# NOTICE OF MOTION

Tedora M. Ratcliff
P O Box 70
Forest Park , IL 60130

Mail

Debtor Attorney:

Robert J Semrad & Associates
407 S Dearborn Ste 600
Chicago, IL 60605

Mail

On January 16, 2008 at 9:30 AM, I will appear at the location listed to the right, and present this motion.

> Courtroom 680
> 219 S Dearborn St
> Chicago, IL 60604
>

I certify under penalty of perjury that this office caused a copy of this Notice to be delivered to the persons named above by the methods indicated on or before Friday, January 4, 2008

/s/ MARILYN O. MARSHALL

for MARILYN O. MARSHALL, TRUSTEE

---

# Motion to Dismiss Case

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed pursuant to 11 U.S.C. Section 1307 [c] [5], and in support thereof states the following:

1. Debtor(s) filed for Chapter 13.

2. The current status of Debtor(s) case is: Plan Cfm Denied: Nov 7, 2007.

WHEREFORE, the Trustee prays that this case be dismissed.

/s/ MARILYN O. MARSHALL

for MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300