IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ratcliff, Tedora M

Printed: 4/22/08

Case Number: 07 B 11539
Judge: Squires, John H
Filed: 6/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,595.00 |  |
| Secured: |  | 1,355.21 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 434.00 |
| Trustee Fee: |  | 102.12 |
| Other Funds: |  | 703.67 |
| Totals: | 2,595.00 | 2,595.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 434.00 | 434.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Economy Furniture & Interiors Inc | Secured | 0.00 | 0.00 |
| 4. | Village of Maywood | Secured | 600.00 | 51.21 |
| 5. | DaimlerChrysler Servs North America | Secured | 7,921.00 | 1,304.00 |
| 6. | America's Servicing Co | Secured | 19,293.34 | 0.00 |
| 7. | Freedmont Investment & Loan | Secured | 2,070.00 | 0.00 |
| 8. | DaimlerChrysler Servs North America | Unsecured | 87.15 | 0.00 |
| 9. | Nationwide Acceptance Corp | Unsecured | 2,441.11 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 266.52 | 0.00 |
| 11. | B-Real LLC | Unsecured | 1,451.75 | 0.00 |
| 12. | Illinois Student Assistance Commission | Unsecured | 1,520.48 | 0.00 |
| 13. | Citizens Financial Services | Unsecured |  | No Claim Filed |
| 14. | American Collection Corp | Unsecured |  | No Claim Filed |
| 15. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 16. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 19. | American Recovery System | Unsecured |  | No Claim Filed |
| 20. | Drs Bonded Collection | Unsecured |  | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 22. | Drs Bonded Collection | Unsecured |  | No Claim Filed |
| 23. | Drs Bonded Collection | Unsecured |  | No Claim Filed |
| 24. | Midwest | Unsecured |  | No Claim Filed |
| 25. | Midland Credit Management | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ratcliff, Tedora M

Printed: 4/22/08

Case Number: 07 B 11539
Judge: Squires, John H
Filed: 6/28/07

| | | | | |
|---|---|---|---|---|
| 26. | Midland Credit Management | Unsecured | | No Claim Filed |
| 27. | Midland Credit Management | Unsecured | | No Claim Filed |
| 28. | Nca | Unsecured | | No Claim Filed |
| 29. | Sallie Mae | Unsecured | | No Claim Filed |
| 30. | Riddled Assoc P C | Unsecured | | No Claim Filed |
| 31. | State Farm Insurance Co | Unsecured | | No Claim Filed |

$ 36,085.35    $ 1,789.21

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 102.12 |

$ 102.12

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Marsh_____